IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 24-20038-JCM** |
| **Qing Zheng** | ) | **Chapter 13** |
|     Debtor | ) | **Document No. __** |
| **Qing Zheng** | ) | |
|     Movant | ) | |
| **v.** | ) | |
|     **No Respondent** | ) | |

# EMPLOYEE INCOME RECORDS

New Jade Palace Inc
312 Northtowne Square
Gibsonia, PA 15044

QING ZHENG
103 TARTAN ROAD
GIBSONIA, PA 15044

| **Employee Pay Stub** | Check number: | | **Pay Period:** 11/01/2023 - 11/30/2023 | **Pay Date:** 11/30/2023 |
|---|---|---|---|---|
| **Employee** | | | **SSN** | |
| QING ZHENG, 103 TARTAN ROAD, GIBSONIA, PA 15044 | | | ***-**-1814 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,000.00 | 23,700.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LST | -4.34 | -47.74 |
| LOCAL TAX | -30.00 | -237.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -69.00 | -345.00 |
| Social Security Employee | -186.00 | -1,469.40 |
| Medicare Employee | -43.50 | -343.65 |
| PA - Withholding | -92.10 | -727.59 |
| PA - Unemployment | -2.10 | -16.59 |
| | -427.04 | -3,186.97 |
| **Net Pay** | **2,572.96** | **20,513.03** |

New Jade Palace Inc, 312 Northtowne Square, Gibsonia, PA 15044

New Jade Palace Inc
312 Northtowne Square
Gibsonia, PA 15044

QING ZHENG
103 TARTAN ROAD
GIBSONIA, PA 15044

| **Employee Pay Stub** | Check number: | | Pay Period: 12/01/2023 - 12/31/2023 | Pay Date: 12/31/2023 |
|---|---|---|---|---|
| **Employee** | | | **SSN** | |
| QING ZHENG, 103 TARTAN ROAD, GIBSONIA, PA 15044 | | | ***-**-1814 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,000.00 | 26,700.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LST | -4.34 | -52.08 |
| LOCAL TAX | -30.00 | -267.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -69.00 | -414.00 |
| Social Security Employee | -186.00 | -1,655.40 |
| Medicare Employee | -43.50 | -387.15 |
| PA - Withholding | -92.10 | -819.69 |
| PA - Unemployment | -2.10 | -18.69 |
| | -427.04 | -3,614.01 |
| **Net Pay** | 2,572.96 | 23,085.99 |

New Jade Palace Inc, 312 Northtowne Square, Gibsonia, PA 15044

New Jade Palace Inc
312 Northtowne Square
Gibsonia, PA 15044

YANFENG HUANG
103 TARTAN RD
GIBSONIA, PA 15044

| **Employee Pay Stub** | Check number: | | Pay Period: 11/01/2023 - 11/30/2023 | Pay Date: 11/30/2023 |
|---|---|---|---|---|
| **Employee** | | | **SSN** | |
| YANFENG HUANG, 103 TARTAN RD, GIBSONIA, PA 15044 | | | ***-**-9400 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,000.00 | 23,700.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LST | -4.34 | -47.74 |
| LOCAL TAX | -30.00 | -237.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -69.00 | -345.00 |
| Social Security Employee | -186.00 | -1,469.40 |
| Medicare Employee | -43.50 | -343.65 |
| PA - Withholding | -92.10 | -727.59 |
| PA - Unemployment | -2.10 | -16.59 |
| | -427.04 | -3,186.97 |
| **Net Pay** | 2,572.96 | 20,513.03 |

New Jade Palace Inc, 312 Northtowne Square, Gibsonia, PA 15044

New Jade Palace Inc
312 Northtowne Square
Gibsonia, PA 15044

YANFENG HUANG
103 TARTAN RD
GIBSONIA, PA 15044

| **Employee Pay Stub** | | Check number: | | | **Pay Period:** 12/01/2023 - 12/31/2023 | **Pay Date:** 12/31/2023 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| YANFENG HUANG, 103 TARTAN RD, GIBSONIA, PA 15044 | | | | | ***-**-9400 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,000.00 | 26,700.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LST | -4.34 | -52.08 |
| LOCAL TAX | -30.00 | -267.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -69.00 | -414.00 |
| Social Security Employee | -186.00 | -1,655.40 |
| Medicare Employee | -43.50 | -387.15 |
| PA - Withholding | -92.10 | -819.69 |
| PA - Unemployment | -2.10 | -18.69 |
| | -427.04 | -3,614.01 |
| **Net Pay** | **2,572.96** | **23,085.99** |

New Jade Palace Inc, 312 Northtowne Square, Gibsonia, PA 15044