IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Qing Zheng<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>24-20038-JCM |
| Land Home Financial Services, Inc.<br>    Movant.<br>v. | CHAPTER 13 |
| Qing Zheng<br>    Debtor/Respondent, | |
| Ronda J. Winnecour, Trustee<br>    Additional Respondent. | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
Creditor Name:   Land Home Financial Services
Incorrect Address:  3611 S Harbor Blvd., Santa Ann 92704

Corrected Address:

Creditor Name:   Land Home Financial Services
Correct Address:  355 Willow Way, Suite 250, Concord, CA 94520

Date: December 3, 2025

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

# **CERTIFICATE OF SERVICE**

      I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Notice of address change by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 3rd day of December, 2025:

Qing Zheng
103 Tartan Raod
Gibsonia, PA 15044

Bryan P. Keenan
993 Greentree Road
Suite200
Pittsburgh, PA 15220
keenan662@gmail.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF


      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com